UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
IRVIN R. CAESAR,                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 17-130 WES
                                    )
AAA NORTHEAST,                      )
                                    )
        Defendant.                  )
_____ )

### ORDER

On May 6, 2021, Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation, ECF No. 27, recommending that the Court deny Defendant's Motion for Summary Judgment, ECF No. 19. See R. & R. 28. After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the report and ADOPTS the recommendations and reasoning set forth therein, pursuant to 28 U.S.C. § 636(b)(1)(C). Accordingly, Defendant's Motion for Summary Judgment, ECF No. 19, is DENIED.

IT IS SO ORDERED.

_/s/ William E. Smith_
William E. Smith
District Judge
Date: May 21, 2021